JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN A. RODRIGUEZ, | ) | CASE NO. CV 11-1936 DSF (JEMx) |
| Plaintiffs, | ) | JUDGMENT |
| v. | ) | |
| JP MORGAN MORTGAGE ACQUISITION TRUST, etc., et al., | ) | |
| Defendants. | ) | |

_____

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice.

DATED: 8/11/11

*Dale S. Fischer*
_____
DALE S. FISCHER
United States District Judge